AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Jessica Rogers-Hall<br>*Plaintiff(s)*<br>v.<br>Douglas Cloutier, Ms. Montgomery, John/Jane Doe Security Staff, and State of Oregon<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:19-cv-01415-AC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Douglas Cloutier
Oregon Department of Corrections
2575 Center St. NE
Salem, OR 97301-4667

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michelle R Burrows
Law Office of Michelle R Burrows
1333 NE Orenco Station Pkwy Ste 525
Hillsboro, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **09/06/2019**

By: **s/R. Schlatter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Jessica Rogers-Hall<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No. 3:19-cv-01415-AC |
| Douglas Cloutier, Ms. Montgomery, John/Jane Doe Security Staff, and State of Oregon<br>*Defendant(s)* | )<br>)<br>)<br>) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ms. Montgomery
Oregon Department of Corrections
2575 Center St. NE
Salem, OR 97301-4667

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle R Burrows
Law Office of Michelle R Burrows
1333 NE Orenco Station Pkwy Ste 525
Hillsboro, OR 97124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **09/06/2019**

By: **s/R. Schlatter**, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Jessica Rogers-Hall | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.3:19-cv-01415-AC ) |
| Douglas Cloutier, Ms. Montgomery, John/Jane Doe Security Staff, and State of Oregon | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  State of Oregon
c/o Risk Management
PO Box 12009
Salem, OR 97309


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle R Burrows
Law Office of Michelle R Burrows
1333 NE Orenco Station Pkwy Ste 525
Hillsboro, OR 97124


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**MARY L. MORAN, Clerk of Court**

Date: **09/06/2019**              **By: s/R. Schlatter, Deputy Clerk**